**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware _____
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | UpHealth Holdings, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | _____ _____ _____ _____ _____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 5 _ 3 6 4 6 3 2 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14000 S. Military Trail | _____ |
| Number    Street | Number    Street |
| Suite 203 | |
| | P.O. Box |
| Delray Beach    FL    33484 | _____ |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Palm Beach | _____ |
| County | Number    Street |
| | _____ |
| | City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://uphealthinc.com |

Debtor    UpHealth Holdings, Inc.
_____    Case number (*if known*)_____
          Name

---

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

---

| 7. | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>5</u>  <u>1</u>  <u>1</u>

---

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    UpHealth Holdings, Inc. _____    Case number (if known)_____
_____
Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

11. **Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____        _____
City                                    State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

| Debtor | UpHealth Holdings, Inc. | Case number *(if known)*_____ |
|--------|-------------------------|---------------------------|
|        | Name                    |                           |

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                 ☐ 1,000-5,000              ☐ 25,001-50,000
☐ 50-99                ☐ 5,001-10,000             ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000            ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000                   ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000             ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000            ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million          ☑ $100,000,001-$500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000                   ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000             ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000            ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million          ☑ $100,000,001-$500 million     ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/18/2023
                MM  / DD / YYYY

✗ *Samuel J Meckey*                                Samuel J. Meckey
Signature of authorized representative of debtor    Printed name

Title  Chief Executive Officer

Debtor    UpHealth Holdings, Inc.                Case number *(if known)*_____
           Name

**18. Signature of attorney**     ✖ /s/ Stuart M. Brown        Date   09/18/2023

                          Signature of attorney for debtor                     MM   / DD / YYYY

                         Stuart M. Brown
                         Printed name
                         DLA Piper LLP (US)
                         Firm name
                         1201 North Market Street, Suite 2100
                         Number      Street
                         Wilmington                 DE     19801
                         City                         State      ZIP Code
                         (302) 468-5640             stuart.brown@us.dlapiper.com
                         Contact phone                     Email address

                         4050                           DE
                         Bar number                         State

**ACTION BY WRITTEN CONSENT OF**
**THE BOARD OF DIRECTORS AND SOLE STOCKHOLDER OF**
**UPHEALTH HOLDINGS, INC.**

In accordance with Sections 141(f) and  228 of the Delaware General Corporation Law (the "**DGCL**") and the Bylaws (the "**Bylaws**") of UpHealth Holdings, Inc., a Delaware corporation (the "**Company**"), the undersigned board of directors of the Company (the "**Board**") and the sole stockholder of the Company (the "**Stockholder**") do hereby consent to the adoption of, and do hereby adopt, the following resolutions by written consent, and by signing this written consent, hereby waives any and all notice otherwise required to be given pursuant to applicable law, including but not limited to Section 229 of the DGCL or the Company's Certificate of Incorporation or Bylaws:

**WHEREAS**, the Board and the Stockholder have considered the materials and presentations by management of and the advisors to the Company regarding the assets, liabilities and short- and long-term liquidity situation of the Company, among other things, the consequences of the loss of a sale of a division of the Company and  recent order by the court in the pending litigation against the Company on the Company's liquidity and the impact of the foregoing on the Company's business, prospects and enterprise value;

**WHEREAS**, the Board and the Stockholder have had the opportunity to consult with and ask questions of management, the legal advisors and other consultants of the Company, and have fully considered each of the strategic alternatives available to the Company;

**WHEREAS**, in the judgment of the Board and the Stockholder, after consulting with management and the legal advisors and other consultants of the Company, that it is desirable and in the best interests of the Company, its creditors and other parties in interest to authorize the Company to file or cause to be filed forthwith a voluntary petition for relief (such voluntary petition commencing a "**Chapter 11 Case**") under the Bankruptcy Code.

**NOW, THEREFORE, IT IS**

**RESOLVED**, that the Company shall be, and hereby is, authorized and directed to file or cause to be filed forthwith a petition for relief commencing a Chapter 11 Case under the provisions of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"); and it is further

**RESOLVED**, that Samuel J. Meckey, Martin S.A. Beck, or any other authorized officer (or their designees and delegates) of the Company (collectively, the "**Authorized Officers**"), acting alone or with one or more other Authorized Officer be, and hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists, motions, certificates, declarations, papers and documents, and to take any and all action that any one or more deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business or to successfully prosecute the Chapter 11 Case; and it is further

**RESOLVED**, that the Company and, on behalf of the Company, the Authorized Officers, are hereby authorized and directed to make such arrangements as they deem necessary or proper for the Company to use existing "cash collateral" as that term is defined in section 363(a) of the Bankruptcy Code

as a debtor in possession in the Chapter 11 Case, and that the Company and the Authorized Officers on behalf of and in the name of the Company, are hereby authorized and directed to provide certain adequate protection to the prepetition secured lenders of the Company as documented in an order approving the use of cash collateral to be submitted for approval to the Bankruptcy Court, and to provide guaranties to and undertake any and all related financial transactions with the prepetition secured lender on such terms as may be approved by any one or more of the Authorized Officers, as reasonably necessary for the continuing conduct of the affairs of the Company; and it is further

**RESOLVED**, that the Company and each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of DLA Piper LLP (US) ("**DLA Piper**"), as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications or pleadings; and the Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of DLA Piper; and it is further

**RESOLVED**, that the Company and each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Collected Strategies, LLC ("**Collected Strategies**"), as strategic communications consultant to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Collected Strategies; and it is further

**RESOLVED**, that the Company and each of the Authorized Officers be, and they hereby are, authorized and directed to employ a notice and claims agent as well as administrative, solicitation and balloting agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain such services; and it is further

**RESOLVED**, that the Company and each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals that are reasonably necessary to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed appropriate applications, to the extent necessary, for authority to retain the services of any such additional professionals; and it is further

**RESOLVED**, that the Authorized Officers, in the name of and on behalf of the Company, are authorized and directed under the Company's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such Authorized Officer deems to be necessary, appropriate or advisable to

carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete the Chapter 11 Case, the taking of any such action or execution of any such documents and/or agreements to constitute conclusive evidence and the exercise of such discretionary authority; and it is further

**RESOLVED**, that the Board and the Stockholder of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it is further

**RESOLVED**, that any act or acts of the Company and/or its officers, directors or of any person or persons designated and authorized to act by any officer of the Company, which act or acts would have been authorized by the foregoing resolutions except that such act or acts were taken prior to the adoption of such resolutions be, and they hereby are, ratified, confirmed, authorized, approved and adopted in all respects and for all purposes as acts in the name and on behalf of the Company; and it is further

**RESOLVED**, that this Written Consent may be executed by facsimile, telecopy or other electronic means or reproduction, and such execution shall be considered valid binding and effective for all purposes.

*[Remainder of Page Left Intentionally Blank]*

Active\1603286610.2

**IN WITNESS WHEREOF**, the undersigned, being all the members of the Board of Directors, have executed this Written Consent to be effective as of the date hereof.

Date: September 18, 2023                    **BOARD OF DIRECTORS**


DocuSigned by:

*Samuel J Meckey*

83EB36253325401...

Samuel J. Meckey

**IN WITNESS WHEREOF**, the undersigned, being the sole stockholder of UpHealth Holdings, Inc., has executed this Written Consent to be effective as of the date hereof.

Date: September 18, 2023                    **STOCKHOLDER**

                                           **UpHealth, Inc.**

                                           DocuSigned by:

                                           *Samuel J Meckey*
                                           83E936253325401...
                                           Samuel J. Meckey
                                           Chief Executive Officer, UpHealth, Inc.

DocuSign Envelope ID: 30DDD558-8E8C-42D9-921C-BF257145B9F0

| Fill in this information to identify the case: |
| --- |
| Debtor name UpHealth Holdings, Inc., |
| United States Bankruptcy Court for the: District of Delaware<br>(State) |
| Case number (if known): _____ |

Check if this is an
amended filing

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Needham & Company, LLC | 250 Park Avenue New York, NY 10177 | Professional Services Claim | ✓ Disputed | | | $40,000,000.00 |
| 2 | Wilmington Trust, National Association | 1100 N Market St Suite 1300 Wilmington, DE 19801 | Senior Secured Notes | | $57,227,000.00 | | Unknown |

1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3 | TTC Healthcare, Inc. | 14000 S. Military Trail, Suite 203 Delray Beach, FL 33484 | Intercompany Payable | | | | $108,150.96 |
| 4 | Thrasys, Inc. | 14000 S. Military Trail, Suite 203 Delray Beach, FL 33484 | Intercompany Payable | | | | $56,524.07 |
| 5 | Transformations Treatment Center, Inc. | 14000 S. Military Trail, Suite 203 Delray Beach, FL 33484 | Intercompany Payable | | | | $18,000.00 |

Fill in this information to identify the case and this filing:

Debtor Name    UpHealth Holdings, Inc.

United States Bankruptcy Court for the:_____    District of Delaware
                                                          (State)

Case number (*If known*):_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐         *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐         *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐         *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐         *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐         *Schedule H: Codebtors (Official Form 206H)*

☐         *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐         *Amended Schedule* _____

☐         *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒         *Other document that requires a declaration* _List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on_____09/18/2023_____
          MM / DD / YYYY

DocuSigned by:

*Samuel J Meckey*

× _/s/_____
83EB36253325401...
Signature of individual signing on behalf of debtor

Samuel J. Meckey_____
Printed name

Chief Executive Officer_____
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UPHEALTH HOLDINGS, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-_____ (___) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), UpHealth Holdings, Inc.

hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Percentage Interest |
|---|---|
| UpHealth, Inc.<br>14000 S. Military Trail, Suite 230<br>Delray Beach, FL, 33484 | 100% |

---

[1] The Debtor in this chapter 11 proceeding, together with the last four digits of its federal employer identification number in parentheses, is UpHealth Holdings, Inc. (6328). The Debtor's principal place of business and service address is 14000 South Military Trail, Suite 203, Delray Beach, Florida 33484.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UPHEALTH HOLDINGS, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 the undersigned authorized officer of UpHealth Holdings, Inc., the above-captioned debtor, hereby certifies that the following corporate entities, other than a governmental unit, own the specified percentage of UpHealth Holdings, Inc.'s equity interests, as of the date hereof:

| Entity | Percentage of Interest |
|---|---|
| UpHealth, Inc. | 100% |

---

[1] The Debtor in this chapter 11 proceeding, together with the last four digits of its federal employer identification number in parentheses, is UpHealth Holdings, Inc. (6328). The Debtor's principal place of business and service address is 14000 South Military Trail, Suite 203, Delray Beach, Florida 33484.

Fill in this information to identify the case and this filing:

Debtor Name __UpHealth Holdings, Inc.__

United States Bankruptcy Court for the:_____ __District of Delaware__
                                                     (State)

Case number (*If known*):_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐       *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐       *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐       *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐       *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐       *Schedule H: Codebtors (Official Form 206H)*

☐       *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐       *Amended Schedule* _____

☐       *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒       *Other document that requires a declaration* __Corporate Ownership Statement   and List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on_____09/18/2023_____
           MM / DD / YYYY

☒ /s/ *Samuel J Meckey*
83EB36253325401...
Signature of individual signing on behalf of debtor

Samuel J. Meckey_____
Printed name

Chief Executive Officer_____
Position or relationship to debtor