# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> UPHEALTH HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-11476 (LSS) <br><br> (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 9, 2024, AT 10:00 A.M. (ET)[2]

> This hearing will be conducted in-person, any exceptions must be approved by chambers.
>
> **To attend a hearing remotely, please register using the eCourtAppearance tool ([available here](#)) or on the court's website at www.deb.uscourts.gov.**
>
> **\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***
>
> After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

## MATTER BEING ADJOURNED:

1. Motion of Debtor Thrasys, Inc. for Entry of an Order Pursuant to Sections 502(c) and 105(a) of the Bankruptcy Code Estimating the Claims of the Internal Revenue Service [D.I. 438; filed 3/14/2024].

   **Response Deadline:** March 28, 2024 at 4:00 p.m. (ET). Extended for IRS and the shareholders' representatives to May 2, 2024 at 4:00 p.m. (ET).
   **Related Documents:**

   A. Declaration of Henry Cheng in Support of the Motion of Debtor Thrasys, Inc. for Entry of an Order Pursuant to Sections 502(c) and 105(a) of the Bankruptcy Code Estimating the Claims of the Internal Revenue Service [D.I. 439; filed 3/14/2024].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: UpHealth Holdings, Inc. (6328); Thrasys, Inc. (7413); Comprehensive Care Alliance LLC (6965); Behavioral Health Services LLC (8110); BHS Pharmacy LLC (2475); Psych Care Consultants LLC (8822); and Reimbursement Solutions LLC (6388). The Debtors' headquarters and the mailing address for the Debtors is 14000 S. Military Trail Suite 202, Delray Beach, FL 33484.

[2] Copies of all petitions, motions and pleadings identified herein may be obtained through the website of the Debtors' proposed claims agent at https://omniagentsolutions.com/UpHealth.

**Responses Received:**  None.

**Status:**  This matter is being adjourned to the hearing on May 9, 2024.

## MATTER UNDER CERTIFICATION OF COUNSEL:

2. Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain De Minimis Assets of Debtor Thrasys, Inc.; (II) Authorizing the Destruction of Debtor Thrasys, Inc.'s Source Code; ;and (III) Granting Related Relief [D.I. 431; filed 3/12/2024].

   **Response Deadline:**  March 27, 2024 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Declaration of Martin S.A. Beck in Support of the Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain De Minimis Assets of Debtor Thrasys, Inc.; (II) Authorizing the Destruction of Debtor Thrasys, Inc.'s Source Code; and (III) Granting Related Relief [D.I. 432; filed 3/12/2024].

   B. Certification of Counsel Regarding Order (I) Authorizing the Sale of Certain De Minimis Assets of Debtor Thrasys, Inc.; (II) Authorizing the Destruction of Debtor Thrasys, Inc.'s Source Code; and (III) Granting Related Relief [D.I. 486; filed 04/04/2024]

   **Responses Received:**  None.

   **Status:**  The Debtors have submitted a revised proposed form of order under Certification of Counsel for the Court's consideration.  This matter is going forward only to the extent the Court has questions.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: April 5, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>/s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: stuart.brown@us.dlapiper.com<br><br>-and-<br><br>Richard A. Chesley, Esq. (admitted *pro hac vice* pending)<br>Jamila Justine Willis, Esq. (admitted *pro hac vice* pending)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: richard.chesley@us.dlapiper.com<br>        jamila.willis@us.dlapiper.com<br><br>*Counsel to the Debtors* |