IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UPHEALTH HOLDINGS, INC., *et al.*,[1] | Case No. 23-11476 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 14, 2024, AT 2:00 P.M. (ET)[2]**

This hearing will be conducted in-person for local counsel and via Zoom for out-of-town counsel.

**To attend a hearing remotely, please register using the eCourtAppearance tool ([available here](#)) or on the court's website at www.deb.uscourts.gov.**

*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.*

After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

**MATTERS GOING FORWARD:**

1. Debtors UpHealth Holdings, Inc.'s Objection to Proof of Claim No. 9 Filed By Pill Drill, Inc. [D.I. 535; Filed 4/25/2024].

    **Response Deadline:**  May 9, 2024 at 4:00 p.m. (ET).

    **Related Documents:**

    A. Exhibit C to Debtor Uphealth Holdings, Inc.s Objection to Proof of Claim No. 9 Filed by PillDrill, Inc. [D.I. 536; Filed 4/25/2024].

    B. Notice of Status Conference on Debtor Uphealth Holdings, Inc.'s Objection to Proof of Claim No. 9 Filed by Pilldrill, Inc. and Pilldrill, Inc.'s Motion for (I) Relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: UpHealth Holdings, Inc. (6328); Thrasys, Inc. (7413); Comprehensive Care Alliance LLC (6965); Behavioral Health Services LLC (8110); BHS Pharmacy LLC (2475); Psych Care Consultants LLC (8822); and Reimbursement Solutions LLC (6388).  The Debtors' headquarters and the mailing address for the Debtors is 14000 S. Military Trail Suite 202, Delray Beach, FL 33484.

[2] Copies of all petitions, motions and pleadings identified herein may be obtained through the website of the Debtors' proposed claims agent at https://omniagentsolutions.com/UpHealth.

1610474360.1

      from Stay to Liquidate Claim or, Alternatively, (II) Abstention [D.I. 651; Filed 5/29/24].

      **Responses Received:**

- A. Opposition to Debtor UpHealth Holdings, Inc.'s Objection to Proof of Claim No. 9 Filed by PillDrill, Inc. [D.I. 582; Filed 5/9/24].

- B. Declaration of Dhaivat H. Shan in Support of PillDrill, Inc.'s Opposition to Debtor UpHealth Holdings, Inc.'s Objection to Proof of Claim No. 9 Filed by PillDrill, Inc. [D.I. 583; Filed 5/9/24].

- C. Reply in Further Support of Debtor UpHealth Holdings, Inc.'s Objection to Proof of Claim No. 9 Filed By Pilldrill, Inc. [D.I. 715; Filed 6/11/24].

      **Status:** This matter is going forward as a status/scheduling conference.

2. Motion for (I) Relief from Stay to Liquidate Claim or, Alternatively, (II) Abstention [D.I. 554; Filed 4/30/2024].

    **Response Deadline:** May 10, 2024 at 4:00 p.m. (ET). Extended for the Debtors to May 21, 2024 at 4:00 p.m. (ET)

    **Related Documents:**

    - A. Declaration of Dhaivat H. Shah in Support of PillDrill, Inc.'s Motion for (I) Relief from Stay to Liquidate Claim or, Alternatively, (II) Abstention [D.I. 555; Filed 4/30/24].

    - B. Notice of Status Conference on Debtor Uphealth Holdings, Inc.'s Objection to Proof of Claim No. 9 Filed by Pilldrill, Inc. and Pilldrill, Inc.'s Motion for (I) Relief from Stay to Liquidate Claim or, Alternatively, (II) Abstention [D.I. 651; Filed 5/29/24].

    **Responses Received:**

    - A. Opposition to Debtor UpHealth Holdings, Inc.'s Objection to Proof of Claim No. 9 Filed by PillDrill, Inc. [D.I. 582; Filed 5/9/24].

    - B. Declaration of Dhaivat H. Shan in Support of PillDrill, Inc.'s Opposition to Debtor UpHealth Holdings, Inc.'s Objection to Proof of Claim No. 9 Filed by PillDrill, Inc. [D.I. 583; Filed 5/9/24].

    - C. Debtor UpHealth Holdings, Inc.'s Objection to the Motion of PillDrill, Inc. for (I) Relief from the Automatic Stay to Liquidate Claim or, Alternatively, (II) Abstention [D.I. 629; Filed 5/21/24].

    **Status:** This matter is going forward as a status/scheduling conference.

| | |
|---|---|
| Dated: June 12, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> /s/  *Stuart M. Brown*  <br>Stuart M. Brown (DE 4050)<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: stuart.brown@us.dlapiper.com<br><br> *-and-*<br><br>Richard A. Chesley, Esq. (admitted *pro hac vice*)<br>Jamila Justine Willis, Esq. (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email:  richard.chesley@us.dlapiper.com<br>            jamila.willis@us.dlapiper.com<br><br>*Counsel to the Debtors* |